UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
IN RE:                                                              :          *EX PARTE* ORDER
                                                                          :
LETTER ROGATORY FOR                                 :          23 MC 66
INTERNATIONAL JUDICIAL                            :
ASSISTANCE FROM THE 2ND                         :
CIVIL COURT OF FIRST INSTANCE IN          :
NEVŞEHIR, REPUBLIC OF TÜRKIYE          :
IN THE MATTER OF SUSAN MARIE            :
WALSH v. ATILA YUKSEL, ET AL.              :
------------------------------------------------------x

WHEREAS, the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, on behalf of the 2nd Civil Court of First Instance Nevşehir, Republic of Türkiye, is seeking to obtain information from Standard Chartered Bank, in New York, New York, for use in connection with a judicial proceeding pending in that court captioned "Susan Marie Walsh v. Atila Yuksel, et al.";

NOW THEREFORE, it is hereby ORDERED, pursuant to 28 U.S.C. § 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure, that Mollie Kornreich, Assistant United States Attorney, Southern District of New York, be and hereby is appointed as Commissioner, to take such lawful steps as are necessary to obtain information from Standard Chartered Bank and to submit said information to the United States Attorney for the Southern District of New York for transmission to the United States Department of Justice or its designee.

IT IS FURTHER ORDERED that the United States Attorney's Office shall serve Standard Chartered Bank with a copy of this Order and the accompanying documents.

Dated: New York, New York
           March 13    , 2023

_____
UNITED STATES DISTRICT JUDGE